# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| REVERSE MORTGAGE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN HEIRS OF MARY J. WALKER, GRACIE McDANIEL, JAMES ALLEN, PATSYE a/k/a PATSY WALKER GATES, JIMMIE WALKER, TERRY WALKER, CAROLYN WALKER FLEMING, UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and CREDIT ACCEPTANCE CORP., <br><br> Defendants. | No. 2:13-cv-02826-JPM-dkv |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO REMAND TO STATE COURT**

Before the Court is the Magistrate Judge's Report and Recommendation on Motion for Remand (the "Report and Recommendation"), filed April 14, 2014. (ECF No. 13.) In the Report and Recommendation, the Magistrate Judge recommends "that this action be remanded to the Chancery Court of Shelby County, Tennessee, and that the Clerk of Court be directed to close this case without entry of judgment." (Id. at 3.) The Report and Recommendation indicates that "[t]he defendant, the Secretary of Housing and Urban Development, does not oppose the motion," and that the other named Defendants failed to respond to the Motion. (Id. at 1.) According to the Report and Recommendation, "[t]he

parties agree that the Chancery Court should decide the matter."
(Id. at 2.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 13) in its entirety.

Accordingly, Plaintiff's Motion to Remand (ECF No. 7) is GRANTED, and the case is hereby REMANDED to the Chancery Court for Shelby County, Tennessee. The Clerk is directed to close this case without entry of judgment.

**IT IS SO ORDERED,** this 7th day of May, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE